IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JILLIAN ANNETTE DAVIS,

      Appellant,

v.

MARY GRACE ABERNATHY,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2833

Opinion filed February 5, 2015.

An appeal from the Circuit Court for Duval County.
Tyrie W. Boyer, Judge.

Seth Schwartz and Albert Tasker IV of The Schwartz Law Group, P.A., Jacksonville, for Appellant.

Valarie Linnen, Atlantic Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.